**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cool Dudes, LLC, | Case No.: 2:25-cv-02443-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Remanding Case to State Court** |
| v. | |
| Behnam Oroomieh, NVLV Heating & Cooling, LLC, | [ECF Nos. 4, 5] |
| Defendants | |

The defendants removed this action on the bases of both federal question and diversity jurisdiction. ECF No. 1-1 at 2. The plaintiff moved to remand because removal was untimely and there is no federal question presented in the complaint. ECF No. 4. The same day that motion was filed, Magistrate Judge Weksler recommended that the case be remanded to state court because there is no federal question presented and the parties are not diverse. ECF No. 5. The defendants did not respond to the motion to remand but objected to Judge Weksler's recommendation. ECF No. 7.

I have conducted a de novo review of the issues set forth in Judge Weksler's Report and Recommendation under Local Rule IB 3-2. The complaint asserts only state law claims, so there is no federal jurisdiction over this case. The complaint also alleges that all of the parties are Nevada residents, and the defendants offer nothing to rebut that. Thus, complete diversity is lacking so this court cannot exercise diversity jurisdiction over this case. The defendants' objection does not rebut Judge Weksler's findings or conclusions, or offer any reason why I should not accept her recommendation. Judge Weksler's Report and Recommendation sets forth

the proper legal analysis and the factual bases for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the motion to remand **(ECF No. 4) is granted** as unopposed.

I FURTHER ORDER that the Report and Recommendation **(ECF No. 5) is accepted**, and this case is remanded to the state court from which it was removed for all further proceedings.  The Clerk of the Court is instructed to close this case.

DATED this 5th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2